UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER        :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION    :
:
:
:
-----------------------------------------------------------------X
JUAN GALLO,                           :   06-CV-14670-AKH
:
Plaintiff,         :
:   **APPEARANCE**
- against -                           :
:
ALAN KASMAN D/B/A KASCO, *et al.*,    :   **ELECTRONICALLY FILED**
:
Defendants.        :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York                DICKSTEIN SHAPIRO LLP
        October 3, 2007

                                 By:      /s/ Judith R. Cohen
                                          _____
                                          Judith R. Cohen (JC-8614)
                                          1177 Avenue of the Americas
                                          New York, New York 10036
                                          Phone: (212) 277-6500
                                          Fax: (212) 277-6501

                                          *Attorney for Defendant*
                                          MERRILL LYNCH & CO., INC.


DOCSNY-271474v01