William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION            21 MC 102 (AKH)


_____X

JUAN GALLO

                                             **NOTICE OF THE**
                                             **BROOKFIELD**
                     v.                      **PARTIES' ADOPTION OF**
                                             **AMENDED ANSWER**
                                             **TO MASTER**
                                             **COMPLAINT**

ALAN KASMAN DBA KASCO, ET. AL.,
                                             CASE NUMBER: (AKH)
                                             06 CV 14670

_____X

PLEASE TAKE NOTICE THAT Defendants Brookfield Financial Properties,

Inc., Brookfield Financial Properties, L.P., WFP Tower B Co. L.P. and WFP Tower B

Co. GP Corp. (collectively the "Brookfield Parties"), as and for their responses to the

allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the

Master Complaint filed in the above referenced action, hereby adopt the Brookfield

Parties' Amended Answer to Master Complaint, dated October 16, 2007, which was filed

in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21

MC 102 (AKH).

WHEREFORE, the Brookfield Parties demand judgment dismissing the above

captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
      October 2 2 2007

                            Faust, Goetz, Schenker & Blee, LLP

                            By: William J. Smith (WJS-9137)
                            Attorneys for the Brookfield Parties
                            Two Rector Street, 20th Floor
                            New York, NY 10006
                            (212) 363-6900